**Order filed September 26, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00731-CV
_____

**SABRINA TAYLOR, Appellant**

**V.**

**THE HARDFORD INSURANCE OF MIDWEST, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57408**

---

## O R D E R

The notice of appeal in this case was filed August 16, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before October 11, 2013**.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM